IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      HOWARD MITCHELL              : CHAPTER 13
                                          :
                                          :
            DEBTORS                       : BANKRUPTCY NO. 16-10043MDC


CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the Order Dismissing Chapter 13 Case has been served upon the Debtor, Trustee and all creditors on July 22, 2016 by regular first class mail or electronic mail.


                              BY:    /Zachary Perlick/
                                     Zachary Perlick, Esquire
                                     1420 Walnut Street, Suite 718
                                     Philadelphia, PA  19107
                                     (215) 569-2922