United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-10043-mdc
Howard E. Mitchell, Jr.                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Jul 21, 2016
                             Form ID: pdf900          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.
```
db           +Howard E. Mitchell, Jr.,    315 South Camac Street,    Philadelphia, PA 19107-5926
cr           +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13741756      BANK OF AMERICA, N.A.,    P.O. BOX 31785,    TAMPA, FL, 33631-3785
13661199     +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13661201      Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
13668677     +GC Services Limited Partnership,    PO Box 3346,    Houston, TX 77253-3346
13668678     +Germantown Friend's School,    31 W. Coulter St.,    Philadelphia, PA 19144-2898
13668679     +Horsham Medical Assoc.,    1200 Old York Rd.,    Abington, PA 19001-3720
13668682      Medicare Premium Collection Center,    PO Box 790355,    Saint Louis, MO 63179-0355
13729545    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13661204      Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13668684     +Ninth Street Internal Medicaine,    805 Locust St.,    Philadelphia, PA 19107-5507
13668685     +Oxford LP,    1 Ramsgate Ct.,    Blue Bell, PA 19422-2544
13668686     +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13661206     +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13668689     +PODS, Inc.,    PO Box 31673,    Tampa, FL 33631-3673
13668690     +St. Paul's,    325 Pleasant St.,    Concord, NH 03301-2552
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:38      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 02:05:13
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2016 02:05:34      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13661198     +E-mail/PDF: recoverybankruptcy@afninet.com Jul 22 2016 02:10:55      Afni,   PO Box 3097,
               Bloomington, IL 61702-3097
13746574      E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:38      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13661200     +E-mail/Text: bankruptcy@phila.gov Jul 22 2016 02:05:38      City of Philadelphia,
               Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1504
13661202      E-mail/Text: cio.bncmail@irs.gov Jul 22 2016 02:05:05      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13661203      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2016 02:05:31      Jefferson Capital Systems,
               PO Box 7999,    Saint Cloud, MN 56302-9617
13661205      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 02:05:13      PA Department of Revenue,
               Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13684359      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2016 02:05:13
               Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
               Harrisburg P A 17128-0946
                                                                                               TOTAL: 10
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13668673*     +Afni,   PO Box 3097,    Bloomington, IL 61702-3097
13668674*     +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13668675*     +City of Philadelphia,    Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,
               Philadelphia, PA 19102-1504
13668676*      Frost-Arnett Company,    PO Box 198988,    Nashville, TN 37219-8988
13668680*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
               Philadelphia, PA 19101-7346
13668681*    ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
             (address filed with court: Jefferson Capital Systems,    PO Box 7999,
               Saint Cloud, MN 56302-9617)
13668683*      Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13668687*      PA Department of Revenue,    Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13668688*     +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
                                                                                          TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2            User: PaulP                   Page 2 of 2                   Date Rcvd: Jul 21, 2016
                                Form ID: pdf900               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Howard E. Mitchell, Jr. Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HOWARD MITCHELL | : | CHAPTER 13 |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 16-10043MDC |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_Magdeline D. Coleman_
THE HONORABLE MAGDELINE D. COLEMAN

Dated: 7/20/16

