## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HOWARD MITCHELL | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 16-10043 MDC |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $  750.00 |
| Net amount to be paid by Trustee | $3,770.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_Magdeline D. Coleman_
_____
THE HONORABLE MAGDELINE D. COLEMAN

Dated: September 1, 2016

cc:    William C. Miller, Trustee
       PO Box 40119
       Philadelphia, PA 19106


       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922